UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZEUS PROJECTS LIMITED, et al.,
    Plaintiffs,

v.                               CASE NUMBER: 96-2628 (HL)

PEREZ Y CIA. DE PUERTO RICO,
INC., et al.
    Defendants.
-------------------------------------------------
PEREZ Y CIA. DE PUERTO RICO,
INC., et al.,
    Third-party plaintiffs,

v.

ANGUS ROBERTSON,
    Third-party defendant.

## MOTION

Date Filed: 1/11/00    Docket # 198    [X] Plffs  [X] Defts  [ ] Other
Title: Joint Informative Motion and Motion for Extension

## ORDER

Granted. The parties shall inform the Court of the status of settlement negotiations by **February 11, 2000**.

The following deadlines set forth in the initial scheduling order (Dkt. No. 188), shall be amended:

    The **Discovery Cut-off Deadline** shall be moved from January 5, 2000, to **March 3, 2000**.
    The **Dispositive Motions Deadline** shall be extended from January 14, 2000, to **March 13, 2000**.
**No further extensions shall be granted.**

Date 1-14-00

HECTOR M. LAFFITTE
Chief U.S. District Judge