# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ZEUS PROJECTS LIMITED, et al.,
    Plaintiffs,

v.

CASE NUMBER: 96-2628 (HL)

PEREZ Y CIA. DE PUERTO RICO, INC., et al.
    Defendants.

-----

PEREZ Y CIA. DE PUERTO RICO, INC., et al.,
    Third-party plaintiffs,

v.

ANGUS ROBERTSON,
    Third-party defendant.



## MOTION

Date Filed: 1/25/00    Docket # 200    [X] Plffs  [ ] Defts  [ ] Other
Title: Motion for Extension of Time

## ORDER

Granted. The following deadlines set forth in the amended scheduling order (Dkt. No. 199), shall be amended as follows:

    The **Discovery Cut-off Deadline** shall be moved from March 3, 2000 to **March 14, 2000**.
    The **Dispositive Motions Deadline** shall be extended from March 13, 2000 to **March 31, 2000**.

<u>Due to the imminent pre-trial and trial dates, no further extensions shall be granted.</u>

                                        HECTOR M. LAFFITTE
Date                                      Chief U.S. District Judge

