**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ZEUS PROJECTS LIMITED, et al.,
    Plaintiffs,

v.                                             **CASE NUMBER: 96-2628 (HL)**

PEREZ Y CIA. DE PUERTO RICO,
INC., et al.
    Defendants.

---

PEREZ Y CIA. DE PUERTO RICO,
INC., et al.,
    Third-party plaintiffs,

v.

ANGUS ROBERTSON,
    Third-party defendant.

## MOTION

Date Filed: 3/3/00    Docket # 202    [X] Plffs  [X] Defts   [ ] Other
Title: Joint Status Report

## ORDER

Noted. The parties shall file a joint motion advising the Court of the final status of settlement negotiations by **March 15, 2000.**

Date 3/6/00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

