UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZEUS PROJECT LIMITED,
et al.,

   Plaintiffs,

        v.                          CASE NUMBER: 96-2628 (HL)

PEREZ Y CIA DE PUERTO RICO,
et al.,
   Third party plaintiffs,

        v.

ANGUS ROBERTSON
   Third-party defendant



| MOTION | ORDER |
|---|---|
| Date Filed: 3/17/00  Docket # 204<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion For Time to File Settlement Papers | Granted. Parties shall file the settlement papers by **March 29, 2000**. |

Date 3/23/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #

(4)

205